2007–0507.  Albrecht v. Treon.
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, No. 1:06CV274. On motion to strike brief of amici curiae Catholic League and Brunner

Funeral Home. Motion denied.
>MOYER, C.J., and CUPP, J., dissent.